FILE COPY



**DAVID J. SCHENCK**
PRESIDING JUDGE

**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**JESSE F. MCCLURE, III**
**LEE FINLEY**
**GINA G. PARKER**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

July 30, 2025

District Clerk Bexar County
101 W. Nueva, Suite 217
San Antonio, TX 78205
* Delivered Via E-Mail *

4th Court Of Appeals Clerk
300 Dolorosa, Third Floor
San Antonio, TX 78205-3037
* Delivered Via E-Mail *

**Re:** Rodriguez, Erik
**CCA No.** PD-0377-24                                    **COA No.** 04-22-00727-CR
**Trial Court Case No.** 2021-CR-0735

The court has issued an opinion on the above referenced cause number.

Sincerely,

*Deana Williamson*

Deana Williamson, Clerk

cc:     Nathan E. Morey (Delivered Via E-Mail)
        District Attorney Bexar County (Delivered Via E-Mail)
        State Prosecuting Attorney (Delivered Via E-Mail)
        David A. Schulman (Delivered Via E-Mail)
        Presiding Judge 226th District Court (Delivered Via E-Mail)
        John G. Jasuta (Delivered Via E-Mail)